# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2265
L.T. Case No. 42-2023-DR-4317

_____

JUDITH JANET JIMENEZ,

    Appellant,

    v.

DEPARTMENT OF REVENUE, o/b/o
Ismael Perez,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Ann Melinda Craggs, Judge.

Judith Janet Jimenez, Kissimmee, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior
Assistant Attorney General, Tallahassee, for Appellee.

December 3, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).


JAY, KILBANE, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————